CELINDA B. WHITE, Respondent, v. OTTO M. WESTLAKE, SR., Appellant, and OTTO M. WESTLAKE, JR., Defendant.— Appeal from a judgment in favor of

plaintiff in an automobile accident. A new trial was sought principally upon the ground that the defendant, who drove the car, did not have the consent of his father, the owner of the car. There was a question of fact on that issue which was properly presented to the jury. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.